UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Claire C. Cecchi

          v.                :    Crim. No. 08- 308

DAWANN LAGRIER              :    SEALING ORDER

This matter having come before the Court on the application

of the United States of America by Christopher J. Christie,

United States Attorney (Dustin Chao, Assistant U.S. Attorney,

appearing), and good cause having been shown,

IT IS on this 22nd day of April, 2008,

ORDERED that the Indictment, arrest warrant, and all other

documents filed in this matter be and hereby are SEALED until the

arrest of defendant DAWANN LAGRIER is accomplished or until

further order of this Court, except: (i) such copies of the

arrest warrant may be provided to law enforcement as necessary to

accomplish its purpose; and (ii) copies of the Indictment may be

provided to the Prosecutor's Office that originally charged the

defendant in connection with this offense.


_____
HON. CLAIRE C. CECCHI
United States Magistrate Judge