UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Susan D. Wigenton

: Crim. No. 08-308

v.

DAWANN LAGRIER : CONTINUANCE ORDER

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Sandra L. Moser, Assistant U.S. Attorney), and defendant Dawann Lagrier (by Kevin Carlucci, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ____ day of September, 2008,

It is hereby ORDERED that defendant's motions, if any, shall be filed by October 29, 2008, the government's response, if any, shall be filed by November 26, 2008, the hearing for any motion shall be on December 2, 2008, and the trial scheduled for December 7, 2008.

It is FURTHER ORDERED that the period from September 12, 2008 through the continued trial date shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. SUSAN D. WIGENTON
United States District Judge

Form and entry consented to:

KEVIN CARLUCCI, ESQ.
Attorney for defendant Larry Gant

SANDRA L. MOSER
Assistant United States Attorney