# UNITED STATES DISTRICT COURT

# FOR THE

# DISTRICT OF NEW JERSEY

UNITED STATES of AMERICA          :

                                  :   08cr308-01(SDW)

     vs.                          :

DAWANN LAGRIER                    :   **JUDGMENT**

     defendant

    This action having come on for trial before the Court and a jury, the Honorable Susan D. Wigenton, United States District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict of not guilty on January 12, 2009 as to Count 1 of the Indictment.

    It is on this 12th day of January, 2009

    Ordered and adjudged that a verdict of not guilty is hereby entered as to Count 1 of the Indictment as to defendant Dawann LaGrier.

    It is further Ordered that this case is closed.

_____
SUSAN D. WIGENTON, USDJ